===============================================================================

**\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \***

__NORTHERN__        DISTRICT OF   __NEW YORK__

## JUDGMENT IN A CIVIL CASE
DOCKET NO.    1:07cv768 (LEK/DRH)

**CHARLES TINKHAM,**

        **Plaintiff(s),**

        **v.**

**KEVIN KORTRIGHT, District Attorney, Washington County;**
**WAYNE E. BENNETT, Superintendent, New York State Police,**

        **Defendant(s),**

☐   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the ORDER signed by Senior Judge Lawrence E. Kahn on 8/21/07, this action is DISMISSED in its entirety due to plaintiff's failure to state a claim upon which relief may be granted, pursuant to 28 USC §1915(e)(2)(B)(ii).

**DATE: October 22, 2007**

                                          *(signature)*
                                        Clerk of Court

                                    s/WILLIAM J. GRIFFIN
                           By: _____
                                       DEPUTY CLERK